IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**TARA J. DRAUGHN,**

    **Plaintiff,**

v.                                                                                      Civil Action No: 3:23-cv-73
                                                                                        Judge: Robert C. Chambers

**ST. MARY'S MEDICAL CENTER, INC.,**
d/b/a St. Mary's Emergency Department,

    **Defendant.**

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

COME NOW Plaintiff, Tara J. Draughn (hereinafter "Plaintiff"), and Defendant, St. Mary's Medical Center, Inc. d/b/a St. Mary's Emergency Department (hereinafter "SMMC"), (hereinafter Plaintiff and SMMC are jointly referred to as the "Parties"), by their respective counsel, who do hereby jointly move the Court to amend the Scheduling Order in the above-styled action.

Pursuant to this Court's Scheduling Order entered on April 6, 2023, the discovery completion date in the instant action is October 16, 2023, with Plaintiff's disclosure of expert witnesses due no later than August 17, 2023, SMMC's disclosure of expert witnesses due no later than September 18, 2023, and the mutual disclosure of rebuttal expert witnesses due no later than October 2, 2023. Unfortunately, delays beyond the control of the Parties have prevented some experts from meeting the existing Rule 26(a)(2)(A) and (B) deadlines. In light of the Parties' continued and ongoing exchange of information, the Parties have agreed to extend the Rule 26(a)(2)(A) and (B) deadlines for their respective disclosures of expert witnesses in this matter.

Scheduling orders may be modified only for good cause and with the Court's consent. Fed. R. Civ. P. 16(b). The good cause standard under Rule 16(b) focuses on the diligence of the moving

parties. *Montgomery v. Anne Arundel Cty., Maryland*, 182 Fed. Appx. 156, 162 (4th Cir. 2006) (citations omitted). Accordingly, good cause exists when the movants show that deadlines cannot reasonably be met despite the movants' diligence. *Cook v. Howard*, 484 Fed. Appx. 805, 815 (4th Cir. 2012) (citations omitted). Nevertheless, this Court has the discretion to consider other factors before amending a scheduling. *Hunt v. Brooks Run Min. Co., LLC*, 51 F. Supp. 3d 627, 636 (S.D.W. Va. 2014) aff'd, 610 Fed. Appx. 340 (4th Cir. 2015). These factors include: the danger of prejudice to the non-moving party; the length of delay and its potential impact on the proceeding; the movant's reason for the delay; and whether the movant acted in good faith. *Id*.

Pursuant to this standard, good cause exists to amend the Scheduling Order as the Parties have been diligent in adhering to this Court's Scheduling Order and moving this case forward. This diligence includes the mutual submission of Rule 26(a)(1) disclosures, the mutual engagement in written discovery, and the engagement of expert witnesses. Moreover, the Parties hereby stipulate and agree that an amended Scheduling Order will not prejudice the Parties and will not have a negative impact on this proceeding. Instead, an amended Scheduling Order will have a beneficial impact on this litigation by furthering the interests of justice and promoting a resolution of this case on its merits.

WHEREFORE, the Parties have been diligent in their efforts and have made a reasonable and good faith attempt to comply with this Court's Scheduling Order, good cause exists to amend the Scheduling Order. Therefore, the Parties respectfully move this Court to grant this joint motion and amend the Scheduling Order by extending the Parties' Rule 26(a)(2)(A) and (B) deadlines and the discovery deadline in this matter. A proposed Order to Amend the Scheduling Order is being filed contemporaneously herewith.

Respectfully submitted,

  /s/    David D. Amsbary
David D. Amsbary, Esquire (WVSB # 9968)
J.L. Brydie, Esquire (WVSB # 13379)
BAILES, CRAIG & SELLARDS, PLLC
401 Tenth Street, Suite 500
Post Office Box 1926
Huntington, West Virginia 25720-1926
(304) 697-4700 Phone
(304) 697-4714 Fax
dda@bcsfirm.com
jlb@bcsfirm.com
*Counsel for the Defendant*
*St. Mary's Medical Center d/b/a*
*St. Mary's Emergency Department*

  /s/    Laura Davidson
Laura Davidson (WVSB # 13832)
Lydia Milnes (WVSB # 10598)
Mountain State Justice
1029 University Avenue
Suite 101
Morgantown, WV 26505
P: (304) 326-0188
F: (304) 326-0189
Email: Laura@msjlaw.org
*Counsel for the Plaintiff*
*Tara J. Draughn*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

TARA DRAUGHN,

    Plaintiff,

v.                                                   Civil Action No: 3:23-cv-73
                                                           Judge:  Chambers

ST. MARY'S MEDICAL CENTER, INC.,
d/b/a St. Mary's Emergency Department,

    Defendant.

## **CERTIFICATE OF SERVICE**

The undersigned, counsel for Defendant, St. Mary's Medical Center, Inc., d/b/a St. Mary's Emergency Department, does hereby certify that the foregoing "Joint Motion to Amend the Scheduling Order" has on the 13th day of June, 2023, been duly served upon the Court and Plaintiff via the CM/ECF-filing system to the following:

        Laura Davidson, Esquire
        Mountain State Justice, Inc.
        1029 University Avenue, Suite 101
        Morgantown, West Virginia  26505

        ST. MARY'S MEDICAL CENTER, INC.,
        d/b/a St. Mary's Emergency Department

        By:  /s/ David D. Amsbary
                  Of Counsel

David D. Amsbary, Esquire (WVSB # 9968)
J.L. Brydie, Esquire (WVSB # 13379)
BAILES, CRAIG & SELLARDS, PLLC
401 Tenth Street, Suite 500
Post Office Box 1926
Huntington, West Virginia  25720-1926
(304) 697-4700 Phone
(304) 697-4714 Fax
dda@bcsfirm.com
jlb@bcsfirm.com