IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**TARA J. DRAUGHN,**

    **Plaintiff,**

v.                                               **Civil Action No: 3:23-cv-73**
                                                   **Judge: Chambers**

**MOUNTAIN HEALTH NETWORK, INC. and
ST. MARY'S MEDICAL CENTER, INC.,
d/b/a St. Mary's Emergency Department,**

    **Defendants.**

## AGREED ORDER OF DISMISSAL

On this day came Plaintiff, Tara J. Draughn, by and through counsel, Laura Davidson, and Defendants, Mountain Health Network, Inc.,[1] and St. Mary's Medical Center, Inc. d/b/a St. Mary's Emergency Department, by and through counsel, J.L. Brydie (hereinafter Plaintiff and Defendants are collectively referred to as the "Parties"), and hereby jointly announce to the Court that all matters in controversy between the Parties in the above-referenced matter have been resolved. Accordingly, the Parties jointly move this Court to dismiss any and all claims against Defendants Mountain Health Network, Inc., and St. Mary's Medical Center, Inc. d/b/a St. Mary's Emergency Department, with prejudice, in the above-referenced matter.

WHEREFORE, the Court, having considered the request of counsel, and being otherwise sufficiently advised, hereby **ADJUDGES, ORDERS AND DECREES** that Plaintiff Tara J. Draughn's claims against Defendants Mountain Health Network, Inc., and St. Mary's Medical

---

[1] On April 4, 2023, Plaintiff moved to voluntarily dismiss Defendant Mountain Health Network, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1). [ECF No. 11]. Thereafter, on April 5, 2023, this Court entered an Order Granting Plaintiff's Motion for Voluntary Dismissal of Defendant Mountain Health Network, Inc., without prejudice. [ECF No. 14]. This Agreed Order of Dismissal reinstates Defendant Mountain Health Network, Inc. into this action for the limited purpose of dismissing the same from this action, with prejudice.

Center, Inc. d/b/a St. Mary's Emergency Department are **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs.

The Court further DIRECTS the Clerk to send a copy of this Agreed Order of Dismissal to all counsel of record.

ENTER: 1/8/24

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

Prepared for entry by:

*/s/   J.L. Brydie*
David D. Amsbary, Esquire (WVSB# 9968)
J.L. Brydie, Esquire (WVSB# 13379)
Spilman Thomas & Battle, PLLC
401 10th Street, Suite 500
Huntington, WV 25701
Tel. (304) 697-4700
Fax. (304) 697-4714
damsbary@spilmanlaw.com
jbrydie@siplmanlaw.com
*Counsel for Defendants*
*Mountain Health Network, Inc. and*
*St. Mary's Medical Center, Inc. d/b/a*
*St. Mary's Emergency Department*

Agreed to by:

*/s/   Laura Davidson*
Laura Davidson (WVSB # 13832)
Lydia Milnes (WVSB # 10598)
Mountain State Justice
1029 University Avenue
Suite 101
Morgantown, WV 26505
P: (304) 326-0188
F: (304) 326-0189
Email: Laura@msjlaw.org
*Counsel for the Plaintiff*
*Tara J. Draughn*

3